**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| JOHN L. ELLIS, | : | Case No. 2:25-cv-01119 |
| | : | |
| Plaintiff, | : | Chief District Judge Sarah D. Morrison |
| | : | Magistrate Judge Caroline H. Gentry |
| vs. | : | |
| | : | |
| ANNETTE CHAMBERS-SMITH, *et al.*, | : | |
| | : | |
| Defendants. | : | |

## ORDER GRANTING LEAVE TO FILE SECOND AMENDED COMPLAINT

Plaintiff Ellis recently submitted two *pro se* documents in this case. The first is titled "Eighth Amendment Statement of Claim Deliberate Indifference." (Doc. No. 17.) It resembles a complaint and appears to set forth a Section 1983 medical indifference claim and a state-law medical malpractice claim against four Defendants in their individual capacities. (*Id.*) These appear to be the same claims that the undersigned Magistrate Judge recently allowed to proceed. (*See* Order and Report and Recommendation, Doc. No. 10 at PageID 106-107, 116.)

The second document is titled "Addendum to Include Inspector R. Cobb to Original Complaint." (Doc. No. 19.) In it, Plaintiff asks to add the same two claims against the proposed new Defendant Cobb. (*Id.*)

The undersigned liberally **CONSTRUES** these two documents together to be a Second Amended Complaint and a motion for leave to file a second amended complaint. So construed, the motion for leave is **GRANTED**. The <u>Clerk of Court</u> is **DIRECTED** to

file these two documents (Doc. Nos. 17, 19) together on the docket as the "Second Amended Complaint." Once filed, the Second Amended Complaint will be the operative complaint in this case, superseding (or replacing) all previous complaints, amendments, and supplements. *See In re Refrigerant Compressors Antitrust Litig.*, 731 F.3d 586, 589 (6th Cir. 2013) (citing *Pac. Bell Tel. Co. v. Linkline Commc'ns, Inc.*, 555 U.S. 438, 456 n.4 (2009)) ("An amended complaint supersedes an earlier complaint for all purposes.").

Plaintiff is **CAUTIONED** that he may not file any further amendments, supplements, or addenda to his complaint without obtaining the Court's permission or all the Defendants' written consent. *See* Fed. R. Civ. P. 15 (concerning amended and supplemental pleadings). If Plaintiff files additional complaint materials without asking for leave and complying with the Rules, the materials may be stricken from the docket.

The next step in this case is for the undersigned to screen the Second Amended Complaint, which will occur by separate order. 28 U.S.C. §§ 1915, 1915A. Service of process will be ordered next (if appropriate), and any served defendant(s) will then respond to the Second Amended Complaint. Plaintiff does not need to file any additional materials about his claims at this time.

Plaintiff is **REMINDED** that he must keep this Court informed of his current address while this case is pending and promptly file a Notice of New Address if he is released or transferred.

Finally, the <u>Clerk of Court</u> is **DIRECTED** to send Plaintiff a copy of the Court's *Pro Se* Handbook along with this Order.

2

**IT IS SO ORDERED**.

*s/Caroline H. Gentry*
Caroline H. Gentry
United States Magistrate Judge