**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | | |
|---|---|---|
| JOHN L. ELLIS, | : | Case No. 2:25-cv-01119 |
| | : | |
| Plaintiff, | : | Chief District Judge Sarah D. Morrison |
| | : | Magistrate Judge Caroline H. Gentry |
| vs. | : | |
| | : | |
| PATRISHA NEFF, CPN, *et al.*, | : | |
| | : | |
| Defendants. | : | |

**ORDER WITHDRAWING RECOMMENDATIONS
IN FIRST SCREENING ORDER**

The undersigned Magistrate Judge previously combined and screened Plaintiff's First Amended Complaint. (Order and Report and Recommendation ["First Screening Order"], Doc. No. 10; First Amended Complaint, Doc. No. 11.) Plaintiff has now filed a Second Amended Complaint, which has superseded (or replaced) all previous complaints. (*See* SAC, Doc. No. 21.)

The recommendations in the First Screening Order about the First Amended Complaint are now moot and are **WITHDRAWN**, as is the order about which claims may proceed. (Doc. No. 10.) The Court will screen the Second Amended Complaint and issue a new screening order concerning the claims contained in that complaint. (Doc. No. 21.) The other orders in the First Screening Order – those that accepted and construed the addenda to the complaint, the directions to the Clerk of Court, and the requirement that Plaintiff update his address – will **STAND**. (Doc. No. 10.)

In addition, to maintain a clear record, the **Clerk of Court** is **DIRECTED** to modify the docket as follows. First, the Clerk shall TERMINATE Annette Chambers-Smith, "All Staff and Medical Staff and Nurses," and "The Ohio State University Hospital, Doctors and Surgeons and et, al" as defendants on the docket, because they were not named in the Second Amended Complaint and are no longer defendants or parties to the case.

The Clerk shall ADD Inspector R. Cobb as a new defendant and update the docket text of the Second Amended Complaint (Doc. No. 21) to reflect that he is a defendant.

The Clerk shall UPDATE the name of Defendant HCA Pittman to Jonathan Pittman, HCA.

Finally, the short title of this case shall be *Ellis v. Neff, et al.*, and the parties shall use the caption[1] provided on the first page of this Order until further order of the Court.

**IT IS SO ORDERED**.

 *s/Caroline H. Gentry*
Caroline H. Gentry
United States Magistrate Judge

---

[1] The "caption" is the information at the top of the first page of each order, above the title, that contains some of the parties' names, the case number, and the assigned judicial officers.

2